UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

RYAN COOK,

                Plaintiff,

Index No. 9:16-cv-00800
(NAM/ATB)

THE COUNTY OF MONTGOMERY, MICHAEL AMATO,
MICHAEL FRANKO, KEVIN ABRAMS, CHAD KRETSER,
SHAWN CULVER, JAMES BEARCROFT, MICHAEL
BELLAMY, RICHARD PELOSI, and JOHN DOES 1-4,

                Defendants.

## STIPULATION OF DISCONTINUANCE

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for Plaintiff and Defendant The County of Montgomery in the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued with prejudice, without costs to either party as against the other, as against Defendant, The County of Montgomery, which is the sole remaining Defendant in this action. This Stipulation, accordingly, discontinues this action in its entirety.

This Stipulation may be filed without further notice with the Clerk of the Court.

Dated: 10/30/2017                                  Dated: 10/26/17

**LAW OFFICES OF**
**ELMER ROBERT KEACH, III, PC.**              **THE WLADIS LAW FIRM, P.C.**

By: _____                 _____
    Elmer Robert Keach, III, Esq.                    Timothy L. Lambrecht, Esq.
    Bar Roll No.: 601537                              Bar Roll # 510390
*Attorneys for Plaintiff*                                  *Attorneys for Defendant Montgomery County*

One Pine West Plaza – Suite 109
Albany, New York 12205
Tel: 518-434-1718
Fax: 518-770-1558
E-mail: bobkeach@keachlawfirm.com

P. O. Box 245
Syracuse, New York 13214
6312 Fly Road
East Syracuse, New York 13057
Tel: (315) 445-1700
Fax: (315) 251-1073
E-mail: tlambrecht@wladislawfirm.com

SO ORDERED:

*/s/ Norman A. Mordue*
Hon. Norman A. Mordue
Sr. U.S. District Judge
    November 7, 2017